Ethan A. Glaubiger, California State Bar #157485
**LAW OFFICES OF ETHAN A. GLAUBIGER**
740 Fourth Street, 2nd Floor
Santa Rosa, California 95404
(707) 578-4505

Attorneys for Plaintiff
VALLEY OF CALIFORNIA, INC.
fdba POLLEY, POLLEY & MADSEN

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO)

| | |
|---|---|
| VALLEY OF CALIFORNIA, INC. formerly doing business as POLLEY, POLLEY & MADSEN,<br><br>Plaintiff,<br>vs.<br><br>JAMES F. COTTER, an individual, and DOES 1 through 25, inclusive,<br><br>Defendants | Case No.: 3:16-cv-06720-JCS<br><br>**STIPULATION OF DISMISSAL**<br><br>Action Filed: October 6, 2016 |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action, including all cross-claims, be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1) each side to bear its own fees and costs.

Dated: September 12, 2017     LAW OFFICES OF ETHAN A. GLAUBIGER

/s/ Ethan A. Glaubiger
By: _____
ETHAN A. GLAUBIGER
Attorneys for Plaintiffs,
VALLEY OF CALIFORNIA, INC.
fdba POLLEY, POLLEY & MADSEN

Law Offices of Ethan A. Glaubiger
740 Fourth Street, 2nd Floor, Santa Rosa, CA 95404
Tel: (707) 578-4505 Fax: (707) 578-0409

1  Date:  September 12, 2017      NOSSAMAN LLP

2                                  By: /s/ Brendan F.Macaulay
3                                       BRENDAN F. MACAULAY
4                                      Attorneys for Defendant
                                  MARCUS P. ROGERS as administrator
5                                  for the ESTATE OF JAMES F. COTTER

9  Dated: October 4, 2017



2

Stipulation of Dismissal